Barney Olshansky, appellee, v. M. Espert, appellant. Gen. No. 26,583.

Action of replevin to recover timber, scrap iron and saloon furniture. Judgment for plaintiff for possession and nominal damages. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the Branch Appellate Court

at the October term, 1920. Reversed and remanded. Opinion filed February 14, 1922.

Isidore Goodman, for appellant. No appearance for appellee.

Mr. Justice Morrill delivered the opinion of the court.